AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No. 1:12mj 18 |
| Brett A. Amendola | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | ) | |

F I L E D
JAN 9 2012
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __May 25, 2011__ in the county of __Fairfax__ in the __Eastern__ District of __Virginia__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18 U.S.C. 1343 | Devising and executing a scheme and artifice to defraud and to obtain money and property by means of false and fraudulent pretenses by use of interstate wires. |

This criminal complaint is based on these facts:
Please see the attached affidavit

☑ Continued on the attached sheet.

Reviewed by AUSA/SAUSA:

AUSA James P. Gillis

*Complainant's Signature*
FBI SA John S. Posusney
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 9 Jan 12

City and state: Alexandria, VA

/s/
Ivan D. Davis
United States Magistrate Judge