IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 1:12cr116 |
| | ) | |
| BRETT A. AMENDOLA, | ) | Wire Fraud |
| | ) | (18 U.S.C. § 1343) |
| Defendant | ) | |

## INFORMATION

THE UNITED STATES ATTORNEY CHARGES THAT:

From in or about November 2010 through in or about December 2011, in the Eastern District of Virginia, the defendant, BRETT A. AMENDOLA, having devised and intending to devise a scheme and artifice to defraud, and for obtaining money and property by means of false and fraudulent pretenses, representations, and promises, transmitted and caused to be transmitted by means of wire communications in interstate commerce, writings, signs, signals, pictures, and sounds for the purpose of executing such scheme and artifice, including a wire transfer of $700,000 from an investor's bank account in New Jersey to the defendant's Capital One account in Reston Virginia, in the Eastern District of Virginia, on or about June 15, 2011.

(In violation of Title 18 United States Code, Section 1343)

Respectfully submitted,

NEIL H. MACBRIDE
UNITED STATES ATTORNEY

By: _____
James P. Gillis
Assistant United States Attorney