IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff ) | Case No. 1:12-CR-116 |
| ) | |
| v. ) | |
| ) | |
| BRETT A. AMENDOLA, ) | |
| Defendant. | |

## ORDER

THIS MATTER is before the Court on Defendant Brett Amendola's Motion for Judicial Recommendation to Federal Bureau of Prisons Regarding Reentry Confinement (Doc. 87).

**IT IS HEREBY ORDERED** that Defendant's Motion for Judicial Recommendation to Federal Bureau of Prisons Regarding Reentry Confinement (Doc. 87) is **DENIED**.

**IT IS SO ORDERED**.

ENTERED this 13th day of July, 2016.

Alexandria, Virginia
07 / 13 / 2016

_____/s/_____
Gerald Bruce Lee
United States District Judge